**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>PLAINTIFFS,<br><br>V.<br><br>TOWNE CONSTRUCTION INC., THOMAS MICHAEL TOWNE, MARC THOMAS TOWNE, AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>DEFENDANTS. | Case No. 2:17-cv-232-ODW (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiffs' Motion for Default Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is entered for Plaintiffs on Plaintiffs' first claim for Damages for Failure to Pay Fringe Benefit Contributions.
2. Plaintiffs shall recover $503,885.97 in missed contribution payments, $496,309.39 in liquidated damages, $182,222.47 in prejudgment interest, and $27,348.36 in attorney's fees from Towne Construction Inc.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

March 9, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**